## RECONSIDERATION OF PRIOR DECISIONS

**2003–1904.   State v. Ferguson.**
Montgomery C.P. No. 2002–CR–00353. Reported at 108 Ohio St.3d 451, 2006-Ohio-1502, 844 N.E.2d 806. On motion for reconsideration. Motion denied. IT IS FURTHER ORDERED that the date previously set by this court for the execution of sentence in this case is hereby modified. Said sentence shall be carried into execution on Tuesday, August 8, 2006.

**2005–2443.   Ullmann v. Duffus.**
Franklin App. No. 05AP–299, 2005-Ohio-6060. Reported at 109 Ohio St.3d 1406, 2006-Ohio-1703, 845 N.E.2d 523. On motion for reconsideration. Motion denied.
O'DONNELL, J., dissents.

**2006–0002.   Samman v. Nukta.**
Cuyahoga App. No. 85739, 2005-Ohio-5444. Reported at 109 Ohio St.3d 1406, 2006-Ohio-1703, 845 N.E.2d 523. On motion for reconsideration. Motion denied.

**2006–0039.   Burns v. Ohio Dept. of Job & Family Servs.**
Trumbull App. Nos. 2004–T–0071 and 2004–T–0072, 2005-Ohio-6290. Reported at 109 Ohio St.3d 1407, 2006-Ohio-1703, 845 N.E.2d 523. On motion for reconsideration. Motion for reconsideration granted to the following extent:
The discretionary appeal is accepted; the cause is held for the decision in 2006–0405, *Geretz v. Ohio Dept. of Job & Family Servs.*, Erie App. No. E–05–042, 2006-Ohio-321; and briefing schedule is stayed.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*June 8, 2006*

[Cite as *06/08/2006 Case Announcements*, 2006-Ohio-2868.]

## MOTION AND PROCEDURAL RULINGS

**2005–2436.   State v. Trimble.**
Portage C.P. No. 2005CR0022. This cause is pending before the court as a death penalty appeal from the Portage County Court of Common Pleas. Upon consideration of appellant's motion for an extension of time to transmit the record,
IT IS ORDERED by the court that the motion is denied.
IT IS FURTHER ORDERED that the record shall be transmitted to the Clerk of this court forthwith.

**2006–0255.   Volibar Realty Co. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2003–T–633, 2003–T–648, and 2003–T–649. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,
IT IS ORDERED by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2006–0830.   Elyria Foundry Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–1125–EL–ATA, 05–1126–EL–AAM, 05–1127–EL–UNC, and 05–704–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of the motion of FirstEnergy Corp. for leave to intervene as appellee,
IT IS ORDERED by the court that the motion is granted.